# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:15-CR-07-DBH |
| ) | |
| ISAR COLEMAN, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S MOTION TO MODIFY SENTENCE

The defendant has written a letter to the court that I treat as a motion to modify the sentence that I imposed on October 28, 2015. Apparently, he will not receive "full benefits" from BOP's RDAP program because I gave him a 2-level gun enhancement in applying the Sentencing Guidelines. Application of the gun enhancement was an issue at his sentencing, and I resolved the issue against him. The defendant filed a notice of appeal of the sentence on October 28, 2015. That appeal has not yet been resolved, and jurisdiction therefore lies with the court of appeals, not with this court. I therefore **DENY** his motion.

SO ORDERED.

DATED THIS 5TH DAY OF JANUARY, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE